UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cr. 22-230 KMM/DTS

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| DERVON CHANTOINE SMITH, | ) | |
| a/k/a "Dough Boy," | ) | |
| | ) | |
| Defendant. | | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Felon in Possession of a Firearm)

On or about May 6, 2022, in the State and District of Minnesota, the defendant,

**DERVON CHANTOINE SMITH,**
a/k/a "Dough Boy,"

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
| --- | --- | --- |
| Third-Degree Controlled Substance Crime Sale | Hennepin County, Minnesota | March 2012 |
| Third-Degree Controlled Substance Crime Sale | Hennepin County, Minnesota | August 2015 |
| Fifth-Degree Controlled Substance Crime Possession | Hennepin County, Minnesota | October 2018 |
| Third-Degree Controlled Substance Crime Possession | Hennepin County, Minnesota | January 2021 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign



SCANNED
SEP 14 2022
U.S. DISTRICT COURT MPLS

United States v. Dervon Chantoine Smith

commerce, a firearm, that is, a Ruger model American, .45-caliber semiautomatic pistol, bearing serial number 861-08028, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant, **DERVON CHANTOINE SMITH**, a/k/a "Dough Boy," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition, involved in, connected with, or used in any knowing violation of, the offense alleged, including, but not limited to, a Ruger model American, .45-caliber semiautomatic pistol, bearing serial number 861-08028.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____       _____
UNITED STATES ATTORNEY                FOREPERSON